Gayle E. Mills
Chapter 7 Trustee
P.O. Box 36317
Tucson, AZ 85740
(520) 792-1115

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| PADILLA, RUBEN ) | Case No. 4:12-bk-16903-BMW |
| PADILLA, JENIFER ) | |
| ) | TRUSTEE'S MOTION FOR |
| ) | TURNOVER OF PROPERTY |
| ) | |
| Debtors ) | |

    Gayle E. Mills, the duly appointed and qualified Trustee herein, hereby moves pursuant to 11 U.S.C. §§ 521(3),(4) and 542(a),(e) for an order requiring the Debtors to immediately turn over to the Trustee property of the Bankruptcy Estate, including without limitation the following:

    The sum of $1,718.00 representing the Estate portion of the Debtors' 2012 Federal refund.

    According to the Internal Revenue Service, the Debtors' 2012 Federal tax refund of $3,014.28 was sent to the Debtors in October, 2013. As the Debtors filed for Chapter 7 relief on July 27, 2012, 57% of this refund is an asset of the Bankruptcy Estate. The Debtors received verbal and written instructions from the Trustee to turn over these funds. The Debtors received their discharge on December 3, 2012.

    WHEREFORE, the Trustee respectfully urges the Court to enter an Order requiring the Debtors to pay the sum of $1,718.00 to the Trustee, and for such other and further relief as may be appropriate.

FURTHER, the Trustee requests that the Court set a hearing on this matter, with a bar date of January 7, 2014, for any objection or responsive pleading to be filed. Should the Debtors not file a timely response, the Trustee asks that a default Judgment be entered.

Dated: <u>December 17, 2013</u>     /s/ Gayle E. Mills
                                                  Gayle E. Mills, Trustee

Copy of the foregoing served by
first class mail this date upon:

Ruben and Jenifer Padilla
7423 E. 24th St.
Tucson, AZ 85710